IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL GARRETT, §<br>TDCJ #697364, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>BOBBY LUMPKIN, et al., §<br>§<br>Defendants. § | CIVIL ACTION NO. H-23-2792 |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 12th day of October, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE